1 McGREGOR W. SCOTT
United States Attorney
2 MATTHEW M. YELOVICH
ROGER YANG
3 Assistant United States Attorneys
501 I Street, Suite 10-100
4 Sacramento, CA 95814
Telephone: (916) 554-2700
5 Facsimile: (916) 554-2900

6 Attorneys for Plaintiff
United States of America
7

**FILED**

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
| HEIDIPHONG@GMAIL.COM AND RELATED E-MAIL ADDRESSES. | 2:17-SW-0632 CKD, |
| HEIDIPHONG@GMAIL.COM AND RELATED E-MAIL ADDRESSES. | 2:18-SW-1189 KJN, |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

18

19    Upon application of the United States of America and good cause having been shown,

20    IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

21 ordered unsealed.

22    Dated: 4/24/2019

23                                      The Honorable Carolyn K. Delaney
                                        UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28